# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-11631-MDC

BARBARA A. ALVES

2525 WINCHESTER AVENUE
PHILADELPHIA, PA 19152

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    BARBARA A. ALVES

    2525 WINCHESTER AVENUE
    PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

    ALAN LISS  ESQUIRE
    1420 WALNUT STREET
    SUITE 720
    PHILA, PA 19102-

Date: 9/29/2016

    /S/ William C. Miller
    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee