UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA A. ALVES                    Chapter 13

Debtor            Bankruptcy No. 12-11631-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this _14th_ day of _November_, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN LISS ESQUIRE
1420 WALNUT STREET
SUITE 720
PHILA, PA 19102-

Debtor:
BARBARA A. ALVES

2525 WINCHESTER AVENUE
PHILADELPHIA, PA 19152