United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barbara A. Alves  
    Debtor

Case No. 12-11631-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Denine      Page 1 of 2      Date Rcvd: Nov 14, 2016  
                  Form ID: pdf900      Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.

```
db         +Barbara A. Alves,    2525 Winchester Avenue,    Philadelphia, PA 19152-1313
cr         +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12679682   +Alan B. Liss, Esquire,    1420 Walnut Street,    Suite 808,    Philadelphia, PA 19102-4008
12679683   +Atlantic Credit & Finance,    C/O Frederic I. Weinberg, Esq.,
             1001 East Hector Street, Suite 220,    Conshohocken, PA 19428-2395
12953936   +BANK OF AMERICA, N.A.,    c/o GREGORY JAVARDIAN,    1310 Industrial Blvd.,    1st Floor, Suite 101,
             Southampton, PA 18966-4030
12679684   +Bank America,    450 Americn Street,    Simi Valley, CA 93065-6285
12679686  ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
             (address filed with court: Citifinancial,    300 Saint Paul Place,    BSP13A,
              Baltimore, MD  21202)
12679685   +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
12718062    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
12679689  ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial,    1 Dell Way,    Round Rock, TX 78682)
12679688   +Dakich & Associates,    9425 N. Meridian Street,    Suite 234,    Indianapolis, IN 46260-1308
12679690   +FMA Alliance LTD,    11811 N. Freeway,    Suite 900,    Houston, TX 77060-3292
12679691   +Focus Receivable Management,    1130 Northchase Parkway,    Suite 150,    Marietta, GA 30067-6429
12679692   +GEMP,    PO Box 981439,    El Paso, TX 79998-1439
12929051    MB Financial Bank, et al,    Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12690906   +Midland Credit Management, Inc.,    2365 Nortside Drive, Suite 300,    San Diego, CA 92108-2709
12679698   +Nationwide Credit, Inc.,    2015 Vaughn Road NW,    Bldg. 400,    Kennesaw, GA 30144-7802
12696588   +SunTrust Bank,    attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
12679701   +Suntrust Bank,    PO Box 85526,    Richmond, VA 23285-5526
12679702   +Tribute,    PO Box 105555,    Atlanta, GA 30348-5555
12679703    Trojan Professional Services,    PO Box 1270,    Los Alamitos, CA 90720-1270
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg         E-mail/Text: bankruptcy@phila.gov Nov 15 2016 02:51:55      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2016 02:51:26
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2016 02:51:42      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2016 03:17:14      GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
12729114   +E-mail/Text: ebn@ltdfin.com Nov 15 2016 02:51:11      Advantage Assets II, Inc.,
             7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
12788565   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 15 2016 02:51:28      Asset Acceptance LLC,
             Po Box 2036,    Warren MI 48090-2036
12679687    E-mail/Text: bankruptcy@phila.gov Nov 15 2016 02:51:55      City Of Philadelphia,
             Dept Of Revenue,    PO Box 148,    Philadelphia PA  19105-0148
12679693    E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 15 2016 02:51:38      Jefferson Capital System,
             16 McLeland Road,    St. Cloud, MN 56303
12679694   +E-mail/Text: ebn@ltdfin.com Nov 15 2016 02:51:11      LTD Financial Services,
             7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
12679695   +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2016 03:17:16      LVNV Funding,
             PO Box 10497,    Greenville, SC 29603-0497
12816043    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2016 03:16:04
             LVNV Funding, LLC its successors and assigns as,    assignee of Capital One,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12833886    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2016 03:16:04
             LVNV Funding, LLC its successors and assigns as,    assignee of CitiFinancial, Inc.,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12679696   +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2016 02:51:29      Midland Credit,    8875 Aero Drive,
             Suite 2,    San Diego, CA 92123-2255
12679699   +E-mail/Text: egssupportservices@egscorp.com Nov 15 2016 02:51:35      NCO,    507 Prudential Road,
             Horsham, PA 19044-2368
12679700    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2016 03:17:35
             Portfolio Recovery,    120 Corporate Boulevard,    Norfolk, VA 23502
12741750    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2016 03:17:39
             Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12729052    E-mail/PDF: rmscedi@recoverycorp.com Nov 15 2016 03:14:47
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 17
```

```
District/off: 0313-2          User: Denine                Page 2 of 2                   Date Rcvd: Nov 14, 2016
                              Form ID: pdf900             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12679697*      +Midland Credit,   8875 Aero Drive,   Suite 2,   San Diego, CA 92123-2255
13379543     ##+MB FINANCIAL BANK, NATIONAL ASSOCIATION,    c/o JILL MANUEL-COUGHLIN,
                 Powers, Kirn & Associates, LLC,   1310 Industrial Blvd. Suite 202,
                 Southampton, PA 18966-4030
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              ALAN B. LISS   on behalf of Debtor Barbara A.  Alves bnklaw@aol.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. as Servicer
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              GREGORY    JAVARDIAN    on behalf of Creditor   BANK OF AMERICA, N.A. greg@javardianlaw.com,
               mary@javardianlaw.com;tami@javardianlaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   MB FINANCIAL BANK, NATIONAL ASSOCIATION
               jill@pkallc.com,   chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BARBARA A. ALVES                    Chapter 13

                    Debtor           Bankruptcy No. 12-11631-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this _14th_ day of _November_, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALAN LISS ESQUIRE
1420 WALNUT STREET
SUITE 720
PHILA, PA 19102-

Debtor:
BARBARA A. ALVES

2525 WINCHESTER AVENUE
PHILADELPHIA, PA 19152